UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 14-10055-RWZ

LOUISE MARPLE
Plaintiff,

v.

INTERNAL REVENUE SERVICE,
Defendant.

MEMORANDUM AND ORDER

ZOBEL, D.J.

The complaint is dismissed for failure to comply with the court's order, and because the court lacks subject matter jurisdiction over the claims to the extent they are comprehensible.

In order to maintain a suit against the IRS, the taxpayer must first exhaust all administrative remedies. See 26 U.S.C. § 7422(a) ("No suit ... shall be maintained in any court for the recovery of any internal revenue tax alleged to have during erroneously or illegally assessed ... until a claim for refund or credit has been duly filed with the Secretary ...."); see also 26 C.F.R. § 301.7432–1(e) (requiring administrative claim before filing action for failure to release a lien), 26 C.F.R. § 301 .7433–1(d) (requiring administrative claim before filing action for certain unauthorized collection actions).

Nothing in the pleading even suggests that plaintiff exhausted administrative remedies or that she followed available administrative procedures.

Accordingly, it is hereby ORDERED that this action is dismissed for failure to

comply with the court's order, and pursuant to Rule 12(h)(3) for lack of subject matter jurisdiction. The clerk shall terminate the pending motions and enter a final order of dismissal.

    SO ORDERED.

  April 18, 2014                                               /s/ Rya W. Zobel
DATE                                                         RYA W. ZOBEL
                                                                         UNITED STATES DISTRICT JUDGE